UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| Russell Firkins, Rena Firkins, Highland Services Co., Inc. Profit Sharing Plan, Douglas R. Circle as trustee, Douglas Richard Circle and Jan Alison Circle 1984 Family Trust,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>TitleOne Corporation,<br><br>　　　Defendant. | No. _____<br><br>SUMMONS IN A CIVIL ACTION |

TO: TitleOne Corporation

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY:

| | |
|---|---|
| GORDON LAW OFFICES, CHARTERED<br>PHILIP GORDON<br>BRUCE S. BISTLINE<br>623 West Hays Street<br>Boise, ID  83702<br>Telephone:  208/345-7100<br>Facsimile:     208/345-0050 | Geoffrey Bestor (*pro hac vice forthcoming*)<br>**LEVETOWN & JENKINS LLP**<br>700 12th Street, NW<br>Washington, DC 20005<br>Tel:  202-379-4899<br>Fax:  866-626-3131 |

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　DATE