1/06
Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

Russell Finkins, et al,
Plaintiffs,

v.

TitleOne Corporation,
Defendant.

Case No. 10-cv-00110 BLW

APPLICATION FOR ADMISSION
PRO HAC VICE

Fee: $200.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, Geoffrey Bestor, hereby applies for admission pro hac vice to appear and participate in this case on behalf of all Plaintiffs herein.

The applicant hereby attests as follows:

1. Applicant resides in Washington, DC, and practices at the following address and phone number LEVETOWN & JENKINS LLP
700 12th Street, NW Washington, DC 20005    Tel: 202-379-4899

2. Applicant has been admitted to practice before the following courts on the following dates:

| Courts: | Dates: |
|---|---|
| New York State Court | 6/23/82 |
| District of Columbia | 6/20/83 |
| New York State Supreme Court, Appellate Division, 1st Dept | 1982 |
| U.S. District Courts: SDNY and EDNY | 1982 |

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. Philip Gordon, a member in good standing of the bar of this court, of the firm of Gordon Law Offices, Chtd., practices at the following office address and phone number:
623 W. Hays, Boise, ID 83702   (208) 345-7100

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 17 day of March, 2010.

Applicant _____    Designee _____