# **Exhibit F**

# November 24, 2008 Letter



TitleOne
a title & escrow co.

November 24, 2008

VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Robert Coleman
4075 El Camino #229
Palo Alto, CA 94305

Re:       9.0% Senior Bonds of DBSI Real Estate Funding Corporation

Dear Bondholder:

TitleOne Corporation ("TitleOne") is the indenture trustee for the 9% Senior bonds issued by DBSI Real Estate Funding Corporation ("DBSI") pursuant to the Indenture dated December 24, 2002. We are sending this letter to update the bondholders regarding the status of those bonds.

As you are probably aware, the quarterly interest payment due October 15, 2008, was not paid by DBSI because it apparently did not have the funds to pay the interest payment to the bondholders. DBSI previously sent notices to the bondholders indicating that the collateral pledged to secure the notes did not generate sufficient cash to allow full payment of interest and that it was suspending payment of any interest until DBSI could determine what cash was available after payment of related expenses. DBSI has also failed to honor a bondholder's redemption demand and is in arrears regarding the trustee's fees under the Indenture.

On November 10, 2008, DBSI petitioned for bankruptcy in the United States Bankruptcy Court for the District of Delaware. A copy of the petition filed November 10, 2008, with the United States Bankruptcy Court for the District of Delaware is enclosed, for your reference. DBSI's failure to make the quarterly payment required under the Indenture, its nonpayment in response to a bondholder redemption demand and the filing of bankruptcy are events of default under the Indenture.

We are currently evaluating the financial condition of DBSI in light of the bankruptcy and have demanded that DBSI provide us with financial information. It is impossible at this time

November 24, 2008
Page 2

to predict what the outcome of any collection efforts would be with regard to the amount due and owing by DBSI in light of its bankruptcy. Based on the Indenture, the trustee is entitled to request and receive reasonable indemnification from the bondholders against costs and expenses associated with any collection efforts prior to the commencement of those actions. As the situation develops, if we deem it appropriate to undertake collection efforts, we will be requesting assurance from the bondholders for payment of the costs and expenses associated with such efforts.

As the current situation develops, we will update you. In the interim, please note that DBSI has indicated that bondholders may receive information at DBSI's website dbsi.com.

Very truly yours,

TitleOne Corporation

Bo Davies
Vice President and General Counsel

Enclosure
cc:   DBSI Real Estate Funding Corporation
      Mark Ellison