# **Exhibit G**

# May 29, 2009 Letter



May 29, 2009

VIA U.S. MAIL

Jack Wood
813 Shades Creek Pkwy. 100 B
Birmingham AL 35209

RE: DBSI Real Estate Funding Corporation
9.0% Senior Bonds

Dear Bondholder:

As you will recall, TitleOne Corporation is the indenture trustee under the Indenture dated effective December 24, 2002, with DBSI Real Estate Funding Corporation ("DBSI") for 9.0% Senior Bonds. DBSI remains in bankruptcy and the bankruptcy court has set various deadlines for creditors in the bankruptcy to file claims indicating the amounts the bankrupt entity owes them. These filings are known as "proofs of claim". As the indenture trustee, TitleOne will file a proof of claim on behalf of the bondholders setting forth the amount due and owing on such bonds by DBSI.

Although the bonds identify the amount you initially paid to DBSI, the original offering circulars indicated that the bondholders could have elected to reinvest the interest on the bonds as compared to being paid the interest on a monthly basis. Although TitleOne is not aware of any bondholders who elected that option, we want to make sure that you did not otherwise make that election through DBSI.

Similarly, bondholders could have redeemed and/or transferred their bonds in part or whole prior to DBSI's bankruptcy filing (i.e., November 10, 2008). Accordingly, we want to make sure that we have your accounting of any redemption and/or transfer.

As indicated above, TitleOne will file the proof of claim for all of the bondholders by the applicable deadline. However, we would appreciate you notifying us in writing at TitleOne Corporation, Attention: Bo Davies, 1101 W. River Street, Suite 201, Boise, Idaho 83702 if the amount you are owed under your bond is different than the amount reflected on the bond certificate (whether due to interest reinvestment, redemption, transfer, or any other reason). Also, if there has been a change of address, please let us know.

Very truly yours,

TitleOne Corporation

Bo Davies
Vice President and General Counsel