Philip H. Gordon ISBN 1996
Bruce S. Bistline ISBN 1988
**GORDON LAW OFFICES**
623 West Hays Street
Boise, ID 83702
Tel: 208-345-7100
Fax: (208) 345-0050
pgordon@gordonlawoffices.com

Geoffrey Bestor
**LEVETOWN & JENKINS LLP**
700 12th Street, NW
Washington, DC 20005
Tel: 202-379-4899
Fax: 866-626-3131
gbestor@levjen.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RUSSELL FIRKINS, RENA FIRKINS, HIGHLAND SERVICES CO., INC. PROFIT SHARING PLAN, DOUGLAS R. CIRCLE AS TRUSTEE, DOUGLAS RICHARD CIRCLE AND JAN ALISON CIRCLE 1984 FAMILY TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>TITLEONE CORPORATION,<br><br>Defendant. | Case No. 1:10-cv-00110-BLW<br><br>PLAINTIFFS' MOTION TO STRIKE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND FOR EXPENSES, INCLUDING ATTORNEYS' FEES |

Plaintiffs Russell Firkins, Rena Firkins, Highland Services Co., Inc. Profit Sharing Plan, Douglas R. Circle as trustee, Douglas Richard Circle and Jan Alison Circle 1984 Family Trust ("Plaintiffs"), by and through counsel, hereby move this Court for an order pursuant to Rule 56

of the Federal Rules of Civil Procedure and Local Civil Rule 7.1(b)(1) of this Court striking Defendant TitleOne's motion for summary judgment submitted on April 19, 2010. Plaintiffs' reasons for this motion are set forth in the accompanying Memorandum of Law.

Plaintiffs filed their Complaint in this case on February 26, 2010. On April 19, 2010, Defendant filed a motion with this Court that seeks (1) dismissal of the complaint pursuant to Fed. R. Civ. P. 12(b)(6); (2) in the alternative, summary judgment; and (3) denial of Plaintiffs' as yet unmade motion for class certification. Plaintiffs' opposition to these motions is due on May 10, 2010. Plaintiffs will deal with Defendant's clearly improper motion concerning class certification in its May 10 opposition. With respect to Defendant's motion for summary judgment, however, Defendant did not file "a separate statement of all material facts . . . upon which the moving party contends are not in dispute" as required by Local Civil Rule 7.1(b)(1), nor does Defendant identify any undisputed material facts in its memorandum. Plaintiffs have no way to respond, as required, with a statement of material facts in dispute.

For the foregoing reasons, and for the reasons set forth in the accompanying memorandum of law, Plaintiffs respectfully request that the Court strike Defendant's motion to dismiss and award Plaintiffs costs and legal fees in making this motion.

DATED: May 5, 2010                                    Respectfully submitted,

By: _____
Philip H. Gordon ISBN 1996
Bruce S. Bistline ISBN 1988
**Gordon Law Offices**
623 West Hays Street
Boise, ID 83702
Tel: 208-345-7100
Fax: (208) 345-0050
pgordon@gordonlawoffices.com

Geoffrey Bestor
LEVETOWN & JENKINS LLP
700 12th Street, NW
Washington, DC 20005
Tel: 202-379-4899
Fax: 866-626-3131
gbestor@levjen.com

Attorneys for Plaintiffs

## Certificate of Service

      I hereby certify that on the 5th day of May, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which is designed to send a Notice of Electronic Filing to persons including the following:

Mark B Perry rnbp@perrylawpc.com

Maurice 0 Ellsworth moe@perrylawpc.com

Trevor L Hart tlh@perrylawpc.com, info@perrylawpc.com, rnbp@perrylawpc.com, moe@perrylawpc.com, tay@perrylawpc.com

                                                                             /s/_____
                                                               Philip Gordon