Philip H. Gordon ISBN 1996
Bruce S. Bistline ISBN 1988
**GORDON LAW OFFICES**
623 West Hays Street
Boise, ID  83702
Tel: 208-345-7100
Fax: (208) 345-0050
pgordon@gordonlawoffices.com

 Geoffrey Bestor
**The Bestor Law Firm**
4204 Maple Terrace
Chevy Chase, MD 20815
Tel: 240-463-8503
Fax: 866-626-3131
gbesq@bestorlaw.com


*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RUSSELL FIRKINS, RENA FIRKINS, HIGHLAND SERVICES CO., INC. PROFIT SHARING PLAN, DOUGLAS R. CIRCLE AS TRUSTEE, DOUGLAS RICHARD CIRCLE AND JAN ALISON CIRCLE 1984 FAMILY TRUST,<br><br>                     Plaintiffs,<br><br>v.<br><br>TITLEONE CORPORATION,<br><br>                     Defendant. | Case No. 1:10-cv-00110-BLW<br><br>PLAINTIFFS' MOTION FOR LEAVE TO FILE BRIEF IN RESPONSE IN EXCESS OF 20 PAGE LIMIT |

Plaintiffs Russell Firkins, Rena Firkins, Highland Services Co., Inc. Profit Sharing Plan, Douglas R. Circle as trustee, Douglas Richard Circle and Jan Alison Circle 1984 Family Trust ("Plaintiffs"), by and through counsel, hereby move this Court for leave to file a brief of 30

pages in support Plaintiffs' Response to Defendant's Motion to Dismiss or Alternatively for Summary Judgment.  The Court granted Defendant's motion for leave to file a 30 page brief in support of its motion.  Fairness and necessity thus support Plaintiffs' request to be permitted to file a response of like length.  Plaintiffs have not previously requested leave of the Court to file any paper in excess of the pages prescribed by the rules of this Court.  Counsel for Defendant has authorized Plaintiff's counsel to represent that Defendant does not oppose the instant motion.

DATED:  May 10, 2010                                          Respectfully submitted,


By:      _____/s/_____
           Philip H. Gordon ISBN 1996
           Bruce S. Bistline ISBN 1988
           **Gordon Law Offices**
           623 West Hays Street
           Boise, ID  83702
           Tel: 208-345-7100
           Fax: (208) 345-0050
           **pgordon@gordonlawoffices.com**


            Geoffrey Bestor
           **The Bestor Law Firm**
           4204 Maple Terrace
           Chevy Chase, MD 20815
           Tel: 240-463-8503
           Fax: 866-626-3131
           **gbesq@bestorlaw.com**

           Attorneys for Plaintiffs