Philip H. Gordon ISBN 1996
Bruce S. Bistline ISBN 1988
**GORDON LAW OFFICES**
623 West Hays Street
Boise, ID 83702
Tel: 208-345-7100
Fax: (208) 345-0050
pgordon@gordonlawoffices.com

Geoffrey Bestor
**The Bestor Law Firm**
4204 Maple Terrace
Chevy Chase, MD 20815
Tel: 240-463-8503
Fax: 866-626-3131
gbesq@bestorlaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RUSSELL FIRKINS, RENA FIRKINS, HIGHLAND SERVICES CO., INC. PROFIT SHARING PLAN, DOUGLAS R. CIRCLE AS TRUSTEE, DOUGLAS RICHARD CIRCLE AND JAN ALISON CIRCLE 1984 FAMILY TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>TITLEONE CORPORATION,<br><br>Defendant. | Case No. 1:10-cv-00110-BLW<br><br>PLAINTIFFS' MOTION FOR EXTENSION OF TIME OF FOUR DAYS TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS OR ALTERNATIVELY FOR SUMMARY JUDGMENT |

Plaintiffs Russell Firkins, Rena Firkins, Highland Services Co., Inc. Profit Sharing Plan,

Douglas R. Circle as trustee, Douglas Richard Circle and Jan Alison Circle 1984 Family Trust

Page - 1

("Plaintiffs"), by and through counsel, hereby move this Court for an extension of time to file Plaintiffs' Response to Defendant's Motion to Dismiss or Alternatively for Summary Judgment. Plaintiffs' response currently is due on Thursday, May 13, 2010. Plaintiffs respectfully request that the Court extend the due date to the following Monday, May 17. The hearing on the motion is set for July 6, 2010, and will not be impacted by Plaintiffs' requested extension. Plaintiffs note that they agreed to Defendant's request to extend Defendant's time to answer or otherwise respond to the complaint, a request approved by the Court. Plaintiffs have not previously requested any extensions of time. Counsel for Defendant has authorized Plaintiff's counsel to represent that Defendant does not oppose the instant motion.

DATED: May 11, 2010                                  Respectfully submitted,

                                        By:     _____/s/_____
                                                Philip H. Gordon ISBN 1996
                                                Bruce S. Bistline ISBN 1988
                                                **Gordon Law Offices**
                                                623 West Hays Street
                                                Boise, ID  83702
                                                Tel: 208-345-7100
                                                Fax: (208) 345-0050
                                                pgordon@gordonlawoffices.com


                                                Geoffrey Bestor
                                                **The Bestor Law Firm**
                                                4204 Maple Terrace
                                                Chevy Chase, MD 20815
                                                Tel: 240-463-8503
                                                Fax: 866-626-3131
                                                gbesq@bestorlaw.com

                                                Attorneys for Plaintiffs

Page - 2

## Certificate of Service

I hereby certify that on the 12th day of May, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which is designed to send a Notice of Electronic Filing to persons including the following:

Mark B Perry rnbp@perrylawpc.com

Maurice O Ellsworth moe@perrylawpc.com

Trevor L Hart tlh@perrylawpc.com, info@perrylawpc.com, rnbp@perrylawpc.com, moe@perrylawpc.com, tay@perrylawpc.com

_____/s/_____<br>Philip Gordon