Philip H. Gordon ISBN 1996
Bruce S. Bistline ISBN 1988
**GORDON LAW OFFICES**
623 West Hays Street
Boise, ID  83702
Tel: 208-345-7100
Fax: (208) 345-0050
pgordon@gordonlawoffices.com

Geoffrey Bestor
**The Bestor Law Firm**
4204 Maple Terrace
Chevy Chase, MD 20815
Tel: 240-463-8503
Fax: 866-626-3131
gbesq@bestorlaw.com


*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RUSSELL FIRKINS, RENA FIRKINS, HIGHLAND SERVICES CO., INC. PROFIT SHARING PLAN, DOUGLAS R. CIRCLE AS TRUSTEE, DOUGLAS RICHARD CIRCLE AND JAN ALISON CIRCLE 1984 FAMILY TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>TITLEONE CORPORATION,<br><br>Defendant. | Case No. 1:10-cv-00110-BLW<br><br>PLAINTIFFS' MOTION FOR LEAVE TO FILE RESPONSE OUT OF TIME |

Plaintiffs Russell Firkins, Rena Firkins, Highland Services Co., Inc. Profit Sharing Plan,

Douglas R. Circle as trustee, Douglas Richard Circle and Jan Alison Circle 1984 Family Trust

("Plaintiffs"), by and through counsel, hereby move this Court for leave to file out of time

Plaintiffs' Response to Defendant's Motion to Dismiss or Alternatively for Summary Judgment. The Court granted Plaintiffs' request to extend the time of response from May 13 to May 17. Despite his best efforts, counsel was not able to complete the response by the end of the day of May 17. Counsel completed the response the morning of May 18 and the response was filed with the Court's ECF system at approximately 9:40 am MDT. Counsel emailed a copy of the response to counsel for Defendant at 9:38 am MDT. The hearing on the motion is set for July 6, 2010, and will not be impacted by Plaintiffs' request herein. Plaintiffs' counsel is entirely responsible for having missed the Court's due date and apologizes to the Court for having done so.

DATED: May 18, 2010                               Respectfully submitted,


                                          By:     _____
                                                  Philip H. Gordon ISBN 1996
                                                  Bruce S. Bistline ISBN 1988
                                                  **Gordon Law Offices**
                                                  623 West Hays Street
                                                  Boise, ID  83702
                                                  Tel: 208-345-7100
                                                  Fax: (208) 345-0050
                                                  **pgordon@gordonlawoffices.com**


                                                   Geoffrey Bestor
                                                  **The Bestor Law Firm**
                                                  4204 Maple Terrace
                                                  Chevy Chase, MD 20815
                                                  Tel: 240-463-8503
                                                  Fax: 866-626-3131
                                                  gbesq@bestorlaw.com

                                                  Attorneys for Plaintiffs

## Certificate of Service

I hereby certify that on the 18th day of May, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which is designed to send a Notice of Electronic Filing to  persons including the following:

Mark B Perry rnbp@perrylawpc.com

Maurice 0 Ellsworth moe@perrylawpc.com

Trevor L Hart tlh@perrylawpc.com, info@perrylawpc.com, rnbp@perrylawpc.com, moe@perrylawpc.com, tay@perrylawpc.com

_____/s/_____
Philip Gordon

3