## CIVIL PROCEEDINGS - Pending Motions

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge William B. Shubb
Case No. 10-CV-00110-BLW

Place: Boise, Idaho

Date: July 6, 2010
Deputy Clerk: Sherri O'Larey
Reporter : Tammy Hohenleitner
Time: 2:30 - 4: 30 p.m.

Counsel for Plaintiff: Geoffrey Bestor, John D. Jenkins, and Phillip H. Gordon

Counsel for Defendant: David A. Crichlow and Maurice O. Ellsworth

    Defendant's Motion to Dismiss or In The Alternative For Summary Judgment Motion for Judgment on the Pleadings (doc. #16)

    Argument presented by Mr. Crichlow, counsel for the defense and Mr. Bestor, counsel for the plaintiff.

    The Court took the Motion UNDER ADVISEMENT. Written decision forthcoming.