*D. Crichlow* (signature)

| | | | | | | |
|---|---|---|---|---|---|---|
| Billing Attorney: | 11894 | Barbarosh, Craig A.<br>Orange County | Billing Accountant:<br>Carroll, Maureen B.<br>Tel. 573-1676 | Reviewing Atty: | 25637 | Crichlow, David A. |
| | | | W/O or Deferral Approval: | 11189 | Minnick, M. David |
| Client No. | 078264 | TITLEONE CORPORATION, an Idaho corporation | Matter Task Plan/Type: | | - |
| Matter No. | 0000001 | DBSi, Inc | Matter Practice Specialty: | INS09 | INS - General |
| | | | Bill Atty Practice Section: | 6010 | Prac Sect-Insolvency and Restructuring |
| | | | Matter Office Assignment: | 22 | Orange County |
| | | Matter Currency: USD | Matter Opened: | 09/11/09 | Status: Open |
| | | BG Tax Jurisdiction Code: | Bill Frequency: | MO |

**BILLING ADDRESS**  
Payor: 078264  
BG Atty: Barbarosh, Craig A.  
Bill Group: MAIN  
Address Uno: 191774  
BG Currency: USD  
*Client Level Bill*

Cameron McFaddan  
TITLEONE CORPORATION, an Idaho corporation  
1101 W. River St., Suite 201  
Boise, ID 83702

**Bill Cover Sheet Notes** (if any).

**Matter Rate Information**  
Rate Level: Pillsbury SPECIAL  
Premium/Disc: 0.0%  
Fee Override Rate Set: –  
Cost Override Rate Set: –

**Bill Formating and Notes:**  
Prebill Template: STD  Bill Format: STD  
Bill Template: 100 long form; cvr=(2) matter long name truncated; td=(1) name/date/txt/hrs;  
ts=(1) name/hrs; dd=(1) date/type/desc; ds=(1) type, amount; A/R; Remit; no imaging

| History | Fees | Disbursements | Total* |
|---|---:|---:|---:|
| Year To Date Billed Amount | $0.00 | $0.00 | $0.00 |
| Cash/Credits Applied Year To Date | 0.00 | 0.00 | 0.00 |
| Inception To Date Billed Amount | 764,955.25 | 43,327.92 | 808,283.17 |
| Cash/Credits Applied Inception To Date | 743,557.25 | 42,335.69 | 785,892.94 |

* Includes On Account, Retainer and Taxes billed (if any).

| | | | |
|---|---|---|---|
| Last Date Billed: | 12/14/10 | Billed Through: | 11/30/10 |
| Budget Amount: | n/a | Budget to Billed: | |

___ **BILL and MAIL AS IS**  
(Attach signed cover letter if any to accompany bill)  
___ **BILL and MAIL AFTER MAKING CHANGES**  
(Attach signed cover letter if any to accompany bill)  
___ **BILL and RETURN TO ME FOR MAILING**  
(Prior Finance Committee approval required for mailing)  
___ **DEFER BILLING** Estimated Bill Date:_____  
Reason:_____  
(Attach appropriate Departmental or Finance Committee email approval)  
___ **WRITE OFF ALL PREBILL CHARGES**  
(Forward approval if required)  
___ **CLOSE THIS MATTER**

| Unallocated Cash Application | Matter Credit | Client Credit | Apply To This Bill |
|---|---|---|---|
| Unapplied Cash | | | $_____ |
| Trust Funds | | | $_____ |
| Retainer Cash | | | $_____ |
| On Account Fees/Disb Cash | | | $_____ |

**Outstanding Invoices**

Pillsbury Winthrop Shaw Pittman LLP  
Prebill No. 3760697  
Client No.    078264    TITLEONE CORPORATION, an Idaho corporati  
Matter No.    0000001   DBSi, Inc  

Page 2 of 5  
Thru Date:   December 31, 2010  
Billing Attorney: 11894 Barbarosh, Craig A.  
Prebill No. 3760697

| Invoice No. | Date | Fees | Disbursements | Applied | Balance |
|---|---|---|---|---|---|
| 7651936 | 12/14/10 | $21,398.00 | $992.23 | $0.00 | $22,390.23 |
| | Total | 21,398.00 | 992.23 | 0.00 | 22,390.23 |

## TIME SUMMARY

| Timekeeper | | | Timekeeper Type | Office | Latest Time | Benchmark Rate | Benchmark Value | To Bill Hours | To Bill Rate | To Bill Value | Hold, Transfer, Write Off | Override Amount To Bill: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11894 | CAB | Barbarosh, Craig A. | Partner | Orange County | 12/01/10 | 695.00 | 139.00 | 0.20 | 695.00 | 139.00 | H T W | |
| 25637 | DAC | Crichlow, David A. | Partner | New York | 12/23/10 | 710.00 | 2,272.00 | 3.20 | 710.00 | 2,272.00 | H T W | |
| 26931 | KBD | Dine, Karen B. | Partner | New York | 12/27/10 | 695.00 | 347.50 | 0.50 | 695.00 | 347.50 | H T W | |
| 16480 | KPW | Woods, Kent P. | Associate | New York | 12/30/10 | 420.00 | 5,754.00 | 13.70 | 420.00 | 5,754.00 | H T W | |
| 14851 | ACS | Smith, Andrew C. | Senior Associate | New York | 12/30/10 | 625.00 | 5,312.50 | 8.50 | 625.00 | 5,312.50 | H T W | |
| | | **Matter Total – Fees** | | | | | **$13,825.00** | **26.10** | | **$13,825.00** | | $ |

## DISBURSEMENT SUMMARY

| Code | Disbursement | Grouped In Bill Disb Summary As | Benchmark Value | To Bill Value | Hold, Transfer, Write Off | Override Amount To Bill: |
|---|---|---|---|---|---|---|
| 2183 | Computer Research - Other Electronic Media | Computer Research | 34.24 | 34.24 | H T W | |
| 2182 | Computer Research - Westlaw | Computer Research | 1,166.39 | 1,166.39 | H T W | |
| 1020 | Printing (iManage) | Reproductions | 7.41 | 7.41 | H T W | |
| 0042 | Travel and Local Transportation | Travel and Local Transportation | 1,157.16 | 1,157.16 | H T W | |
| | **Matter Total – Disbursements** | | **$2,365.20** | **$2,365.20** | | $ |

## TOTAL BILLABLE FEES AND DISBURSEMENTS

| | Benchmark Value | To Bill Value | Override Amount To Bill: |
|---|---|---|---|
| Fees | $13,825.00 | $13,825.00 | $ |
| Disbursements | $2,365.20 | 2,365.20 | $ |
| On Account Fees To Bill | | 0.00 | $ |
| On Account Disbursements To Bill | | 0.00 | $ |
| Retainer To Bill | | 0.00 | $ |
| Interest | | 0.00 | $ |
| Tax | | 0.00 | $ |
| **FEES AND DISBURSEMENTS TOTAL** | **$16,190.20** | **$16,190.20** | |
| Total To Bill Value as a percentage of Benchmark Value (includes any discounts). | | 100.00 % | |

Pillsbury Winthrop Shaw Pittman LLP
Prebill No. 3760697
Client No. 078264 TITLEONE CORPORATION, an Idaho corporati
Matter No. 0000001 DBSi, Inc

Page 3 of 5
Thru Date: December 31, 2010
Billing Attorney: 11894 Barbarosh, Craig A.
Prebill No. 3760697

| TOTAL BILLABLE FEES AND DISBURSEMENTS | Benchmark Value | To Bill Override Amount Value | To Bill: |
|---|---|---|---|
| OVERRIDE TOTAL TO BILL | | | $ |

**APPROVAL AND AUTHORIZATION** - PER RISK MANAGEMENT, BILL CANNOT BE PROCESSED WITHOUT SIGNATURE AND APPROVAL.

Signature of Billing Attorney: _____  Reviewing Attorney Signature: _____
*Prebill must be signed to process bill*  *(if other than billing attorney)*

Adjustments and Holds Authorized By: _____
(Authorized signature, or attach email from appropriate Local Practice Section Leader or Finance & Capital Executive Partners)

| APPROVAL THRESHHOLDS: | Write Off | Hold |
|---|---|---|
| Billing Attorney | < $2,500 or 3% of Total | < $15,000 |
| Local Practice Section Leader | < $25,000 | < $50,000 |
| Fin & Capital Exec Partners | > $25,000 | > $50,000 |

## TIME DETAIL

| Date | Tkpr | Task | Activity Code | Time Description | Base Hours | Benchmark Value | To Bill Hours | To Bill Value | ID | Disposition Hold, Transfer, Write Off |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/01/10 | CAB | | | Review and analyze motion to dismiss complaint. | 0.20 | 139.00 | 0.20 | 139.00 | 29837936 | H T W |
| 12/09/10 | ACS | | | Litigation strategy meeting with K. Woods regarding response to plaintiffs' motion to dismiss and TitleOne's cross-motion for sanctions. | 0.40 | 250.00 | 0.40 | 250.00 | 29894979 | H T W |
| 12/09/10 | KPW | | | Confer with A. Smith and D. Crichlow regarding response and motion for sanctions. | 0.30 | 126.00 | 0.30 | 126.00 | 29898259 | H T W |
| 12/14/10 | ACS | | | Emails with K. Woods regarding jurisdictional issue. | 0.20 | 125.00 | 0.20 | 125.00 | 29895087 | H T W |
| 12/14/10 | KPW | | | Confer with A. Smith regarding strategy on motion for sanctions; research sanctions standards and begin drafting motion. | 3.50 | 1,470.00 | 3.50 | 1,470.00 | 29898163 | H T W |
| 12/15/10 | ACS | | | Draft response to motion to dismiss and cross-motion for sanctions. | 0.60 | 375.00 | 0.60 | 375.00 | 29894399 | H T W |
| 12/15/10 | KPW | | | Continue drafting motion for sanctions and accompanying documents. | 4.50 | 1,890.00 | 4.50 | 1,890.00 | 29898160 | H T W |
| 12/19/10 | ACS | | | Draft response to motion to dismiss and cross-motion for sanctions. | 0.30 | 187.50 | 0.30 | 187.50 | 29892860 | H T W |
| 12/20/10 | ACS | | | Draft response to plaintiffs' motion to dismiss and cross-motion for sanctions. | 0.20 | 125.00 | 0.20 | 125.00 | 29892872 | H T W |
| 12/22/10 | DAC | | | Review response on Motion to Dismiss and conference with A. Smith regarding same (.30). | 0.20 | 142.00 | 0.20 | 142.00 | 29902043 | H T W |
| 12/22/10 | ACS | | | Draft response to motion to dismiss and cross-motion for sanctions. | 0.40 | 250.00 | 0.40 | 250.00 | 29892906 | H T W |
| 12/23/10 | DAC | | | Review and revise draft papers opposing Motion to Dismiss | 3.00 | 2,130.00 | 3.00 | 2,130.00 | 29902129 | H T W |

Pillsbury Winthrop Shaw Pittman LLP  
Prebill No. 3760697  
Client No.      078264   TITLEONE CORPORATION, an Idaho corporati  
Matter No.      0000001  DBSi, Inc  

Page 4 of 5  
Thru Date:  December 31, 2010  
Billing Attorney: 11894 Barbarosh, Craig A.  
Prebill No. 3760697

## TIME DETAIL

| Date | Tkpr | Task | Activity Code | Time Description | Base Hours | Benchmark Value | To Bill Hours | To Bill Value | ID | Disposition Hold, Transfer, Write Off |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | and Moving for Sanctions; correspondence with clients and local counsel regarding same. | | | | | | |
| 12/23/10 | KBD | | | Attention to correspondence regarding tolling stipulation. | 0.10 | 69.50 | 0.10 | 69.50 | 29905125 | H T W |
| 12/23/10 | ACS | | | Draft response to motion to dismiss and cross-motion for sanctions; emails with D. Crichlow and K. Woods regarding same; incorporate revisions from D. Crichlow and finalize papers; email same to M. Tidd, C. McFaddan, M. Perry and M. Ellsworth. | 5.20 | 3,250.00 | 5.20 | 3,250.00 | 29892947 | H T W |
| 12/23/10 | KPW | | | Correspondence with A. Smith regarding revised motion for sanctions. | 0.30 | 126.00 | 0.30 | 126.00 | 29897162 | H T W |
| 12/27/10 | KBD | | | Analysis of motions for sanctions and jurisdiction issues. | 0.40 | 278.00 | 0.40 | 278.00 | 29905214 | H T W |
| 12/27/10 | ACS | | | Telephone conferences and emails with M. Ellsworth, M. Perry and K. Woods regarding response to plaintiffs' motion to dismiss and TitleOne's cross-motion for sanctions. | 0.90 | 562.50 | 0.90 | 562.50 | 29897409 | H T W |
| 12/27/10 | KPW | | | Review and revise motion for sanctions; draft Crichlow affidavit; prepare table of authorities; correspondence with local counsel regarding service issues; oversee service and filing of motion for sanctions. | 4.30 | 1,806.00 | 4.30 | 1,806.00 | 29897152 | H T W |
| 12/29/10 | KPW | | | Correspondence with DBSI counsel regarding tolling stipulation. | 0.20 | 84.00 | 0.20 | 84.00 | 29897128 | H T W |
| 12/30/10 | ACS | | | Emails and telephone calls with M. Ellsworth regarding filing cross-motion for sanctions as separate motion. | 0.30 | 187.50 | 0.30 | 187.50 | 29897413 | H T W |
| 12/30/10 | KPW | | | Correspondence with C. McFaddan and DBSI's counsel regarding tolling stipulation; review draft sitpulation and provide comments to DBSI's counsel. | 0.60 | 252.00 | 0.60 | 252.00 | 29897088 | H T W |
| | | | | **Matter Total – Fees** | 26.10 | $13,825.00 | 26.10 | $13,825.00 | | |
| | | | | *To Bill Value as a Percentage of Benchmark* | | | | 100.00% | | |

## DISBURSEMENT DETAIL

| Date | Tkpr | Exp Task | Disb Code | Qty/ Price | Disbursement Description | Benchmark Value | To Bill Value | ID | Disposition Hold, Transfer, Write Off |
|---|---|---|---|---|---|---|---|---|---|
| 11/01/10 | DAC | E106 | 2183 | | 11/2010 Electronic research, Pacer, Crichlow, David A. | 2.24 | 2.24 | 20564629 | H T W |
| 11/01/10 | KBD | E106 | 2183 | | 11/2010 Electronic research, Pacer, Dine, Karen B. | 0.48 | 0.48 | 20564630 | H T W |
| 11/01/10 | KPW | E106 | 2183 | | 11/2010 Electronic research, Pacer, Woods, Kent P. | 17.36 | 17.36 | 20565851 | H T W |
| 11/01/10 | ACS | E106 | 2183 | | 11/2010 Electronic research, Pacer, Feldman, Leslie C. | 14.16 | 14.16 | 20568646 | H T W |
| | | | | | **Total Computer Research - Other Electronic Media:** | 34.24 | 34.24 | | H T W |

Pillsbury Winthrop Shaw Pittman LLP
Prebill No. 3760697
Client No.     078264    TITLEONE CORPORATION, an Idaho corporati
Matter No.    0000001   DBSi, Inc

Page 5 of 5
Thru Date: December 31, 2010
Billing Attorney: 11894 Barbarosh, Craig A.
Prebill No. 3760697

## DISBURSEMENT DETAIL

| Date | Tkpr | Exp Task | Disb Code | Qty/ Price | Disbursement Description | Benchmark Value | To Bill Value | ID | Disposition Hold, Transfer, Write Off |
|---|---|---|---|---|---|---|---|---|---|
| 12/15/10 | KPW | E106 | 2182 | | Westlaw User 6720388 WOODS,KENT, Acct # 1002050894 | 1,166.39 | 1,166.39 | 20572502 | H T W |
| | | | | | **Total Computer Research - Westlaw:** | **1,166.39** | **1,166.39** | | H T W |
| 12/01/10 | FIRM | E101 | 1020 | 10.0 / $0.19 | 12/2010 Copying/Printing Charges | 1.90 | 1.90 | 20591221 | H T W |
| 12/01/10 | FIRM | E101 | 1020 | 29.0 / $0.19 | 12/2010 Copying/Printing Charges | 5.51 | 5.51 | 20591222 | H T W |
| | | | | 39.0 / $0.19 | **Total Printing (iManage):** | **7.41** | **7.41** | | H T W |
| 10/22/10 | DAC | E110 | 0042 | | VENDOR: Crichlow, David A.; INVOICE#: NY-176399; DATE: 12/10/2010 Airfare, D. Crichlow, NYC/DE, 10/22/10 | 1,157.16 | 1,157.16 | 20563705 | H T W |
| | | | | | **Total Travel and Local Transportation:** | **1,157.16** | **1,157.16** | | H T W |

          **Matter Total – Disbursements**           $2,365.20     $2,365.20
          *To Bill Value as a Percentage of Benchmark*           100.00%